UNITED STATES of America,
Plaintiff–Appellee,

v.

Daniel Lewis BENNETT, Defendant–Appellant.

No. 08–10652

Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

Oct. 9, 2008.

Linda Collins Jensen, Mobile, AL, for Defendant–Appellant.

Before TJOFLAT, BLACK and HULL, Circuit Judges.

PER CURIAM:

Linda Collins Jensen, appointed counsel for Daniel Lewis Bennett, has filed a motion to withdraw on appeal supported by a brief prepared pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Bennett's conviction and sentence are **AFFIRMED.**